# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHLOE THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-22-294-GLJ |
| ) | |
| ANGELO BRADFORD ) | |
| LUCKETT, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION

Before this Court is the Defendant's Unopposed Motion for Substitution of Caesar Rentie, Personal Representative of the Estate of Angelo Bradford Luckett, Jr., as the Defendant in this matter (Doc. No. 64). Pursuant to Fed. R. Civ. P. 25(a) and upon a finding that Caesar Rentie has been appointed the Personal Representative of the Estate of Angelo Bradford Luckett, Jr. on January 3, 2024, the Court approves the substitution of the Defendant Angelo Bradford Luckett, Jr. for the Personal Representative of the Estate of Angelo Bradford Luckett, Jr., Caesar Rentie, as Defendant in this matter. All future filings shall reflect the new caption. The stay of proceedings previously granted in this case [Docket No. 61] is hereby LIFTED.

Dated:   January 19, 2024

**GERALD L. JACKSON**
**UNITED STATES MAGISTRATE JUDGE**